IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SYLVESTER SLAY, JR., <br> AIS 304001, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-335-TFM-N <br> ) |
| JOHN HAMM, Commissioner <br> Department of Corrections, *et al.*, | ) <br> ) <br> ) |
| Defendants | ) |

**MEMORANDUM OPINION AND ORDER**

On November 14, 2023, the Magistrate Judge entered a Report and Recommendation which recommends that the claims against ADOC Commissioner Hamm be dismissed without prejudice prior to the service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because Plaintiff fails to state a claim upon which relief may be granted. *See* Doc. 22. The Magistrate Judge also recommends that Plaintiff be given fourteen days to amend or supplement his complaint. *Id*. Finally, the Report and Recommendation also directed the Clerk of Court to terminate Governor Kay Ivey as a defendant in the action because she was no longer named as a party in the amended complaint (Doc. 16).[1] *Id.* No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) is **ADOPTED** as the opinion of this Court

---

[1] The Clerk of Court already terminated Governor Ivey from the case because of the directive though contained in a non-final Report and Recommendation. Regardless, the Court agrees that Governor Ivey is no longer a party to this case as she was not included as a defendant in the amended complaint. Therefore, the Court also changes the header of the case to reflect that change.

with one modification.  The Report and Recommendation provided 14 days from the service of the report and recommendation for filing the amended or supplemental complaint.  That is an undefined time frame on what was also a non-final order.  Therefore, the Court will adjust the deadline and provide a date certain for the amended complaint.   Finally, that complaint will be the operative complaint, if filed and should include all claims and defendants against whom Plaintiff Slay asserts claims.

Accordingly, Defendant ADOC Commissioner John Hamm is **DISMISSED without prejudice**, prior to service of process, pursuant to 28 U.S.C., § 1915(e)(2)(B)(ii) because Plaintiff fails to state claim upon which relief may be granted.  However, that dismissal will be held in abeyance pending the deadline to file an amended complaint.  Plaintiff's amended complaint shall be due on or before **January 26, 2024**.  The Clerk of Court is **DIRECTED** to send a copy of the Court's § 1983 complaint form to Plaintiff with this order.

If no Amended Complaint is filed, then Commissioner John Hamm will be terminated from this lawsuit as a defendant and the sole claims remaining will be those asserted against Warden Mary Cook and Correctional Officer Calloway.

This case is **REFERRED BACK** to the Magistrate Judge for further action as appropriate.

**DONE** and **ORDERED** this 19th day of December, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE