# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SYLVESTER SLAY, JR., AIS # 304001,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-335-TFM-N |
| **MARY COOK, Warden at Fountain Correctional Facility,** *et al.*, | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Sylvester Slay, Jr.'s action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 10th day of July 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE